IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 5:16-CR-0254-XR |
| | § | |
| SERGIO GUADALUPE ADAME-OCHOA | § § | |

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE XAVIER RODRIGUEZ, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

NOW COMES DONALD H. FLANARY, III., Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1. Undersigned counsel was contacted by an attorney from Brownsville, Texas and Defendant Adame-Ochoa's wife, neither discussed or indicated that they were aware of any fact, relating to the case, however undersigned agreed to appear at Defendant Adame-Ochoa's initial appearance, before the Honorable John W. Primomo on Thursday at 3:00 p.m. Undersigned also spoke with local AUSA Joseph E. Blackwell by telephone to advise him that he would be making said appearance, however, Government Counsel did not share or discuss any facts or missives regarding the pending charges.

2. Undersigned counsel met Defendant Adame-Ochoa for the first time at his initial appearance in the courtroom and advised him that he had been contacted by the Defendant's family and had no discussion regarding the facts of the case and exchanged no confidences.

1

3.      The following afternoon, undersigned counsel, together with attorney Gerald H. Goldstein, a partner in his firm Goldstein, Goldstein, and Hilley and attorney Phillip Cowan, the Brownsville family attorney, met the Defendant Adame-Ochoa in custody, however, upon meeting Defendant Adame-Ochoa, undersigned counsel, Gerald H. Goldstein and Phillip Cowan were immediately advised by Defendant Adame-Ochoa that he had hired other counsel, namely, David E. Dilley and would not be in need of undersigned services. Again, no facts of this case, nor were any confidences or confidential attorney-client information exchanged.

4.      Undersigned counsel has further been advised that Attorney David E. Dilley has entered his appearance as counsel of record on Defendant Adame-Ochoa's behalf.

5.      This withdrawal is not sought for delay, but that Defendant might be represented by counsel of his choice, or pursue court-appointed counsel.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant this motion to withdraw on the face of this pleading and relieve them of their duties.

Respectfully submitted,

GOLDSTEIN GOLDSTEIN & HILLEY
310 S. St. Mary's
Suite 2900
San Antonio, Texas 78205
Tel: (210) 226- 1463
Fax: (210) 226- 8367


By*: /s/. Donald H. Flanary, III.*
    Donald H. Flanary, III.
    State Bar No. 24045877
    Attorney for Sergio Guadalupe Adame-Ochoa

2

Approved By: */s/. Gerald H. Goldstein*
Gerald H. Goldstein

### CERTIFICATE OF CONSULTATION

This is to certify that the undersigned counsel's office has conferred with the Assistant United States Attorney Christopher Michael Blanton and Mark Frazier regarding this motion and:

__X__ They do not oppose it.

_____ He does oppose it.

_____ Our attempts to resolve it were unsuccessful.

_____ Counsel were able to agree regarding the motion as follows: _____

_____

_____ Counsel's attempt to contact the government was unsuccessful.

*/s/ Donald H. Flanary, III.*
Donald H. Flanary III

### CAVEAT

Undersigned counsel has attempted to reach Mr. David E. Dilley, referred to in this matter by telephone and e-mail. A copy of this matter is being sent to Mr. Dilley.

### CERTIFICATE OF SERVICE

This is to certify that on July 21, 2016, a true and correct copy of the above and foregoing document was sent to the Assistant United States Attorney's, Mark Frazier, Joseph E. Blackwell, James Henry Sturgis, Diana Cruz-Zapata, and Christopher Michael Blanton *via* the CM/ECF system.

*/s/ Donald H. Flanary, III.*
Donald H. Flanary, III.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 5:16-CR-0254-XR |
| | § | |
| SERGIO GUADALUPE | § | |
| ADAME-OCHOA | § | |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL**

On _____, came on to be considered Donald H. Flanary, III. Motion to Withdraw as Counsel.

The Court finds that there is good cause for withdrawal of Movant as counsel.

IT IS THEREFORE ORDERED, that Movant is permitted to withdraw as counsel of record for Sergio Guadalupe Adame-Ochoa in this cause.

_____
**XAVIER RODRIGUEZ
UNITED STATES MAGISTRATE JUDGE**